UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **SKARIA, JAMAL** | ) | Bankruptcy Case No. 11-04617 JSB |
| **REVELIS, HEIDI** | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 1, 2019, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

**VIA REGULAR MAIL**

SKARIA, JAMAL
REVELIS, HEIDI
6051 Stewart Dr., Unit 421
Willowbrook, IL 60527

Midland Credit Management,
Inc. as agent for
Asset Acceptance LLC
Po Box 2036
Warren, MI 48090

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Spina McGuire & Okal, P.C.
7610 W. North Avenue
Elmwood Park, IL 60707

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Schmidt & Barbrow, PC
300 South County Farm Road
Suite F
Wheaton, IL 60187

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000